Benedict P. Morelli
**MORELLI RATNER PC**
950 Third Avenue
New York, NY 10022
Tel: (212) 751-9800

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

==========================================X

**KRISTI LYNN GAUNT**

Docket No.: 06-5680

**KYLA V. HINNANT-TRAVIS**, as Administratrix
to the Estate of **EMMA V. HINNANT**, Deceased,

**JOSEPH WIERSCHEM**

Plaintiffs,

-against-                          **STIPULATION OF VOLUNTARY**
                                   **DISMISSAL**
                                   **WITH PREJUDICE**

**PFIZER INC.**,

Defendant.
==========================================X

IT IS HEREBY STIPULATED and agreed by the undersigned counsel that all Bextra claims of

Plaintiff, Joseph Wierschem, against Defendant, Pfizer, Inc. and all other named defendants be

voluntarily discontinued in their entirety with prejudice, each party to bear its own costs.

_____
Benedict P. Morelli
**Morelli Ratner PC**

Dated: 6/9/09

_____

**DLA Piper**

Dated: July 17, 2009

PERSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ODERED

_____   JUL 2 3 2009
The Hon. Charles R. Breyer
United States District Court, Northern District of California